UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Jane Ann Slone,   Case No. 21-02171
   Chapter 7
       Debtor(s).
_____//

### RE-NOTICE OF § 341 FIRST MEETING OF CREDITORS

The Trustee, Thomas R. Tibble hereby gives notice that the § 341 First Meeting of Creditors for Jane Ann Slone has been rescheduled for **October 21, 2021,** commencing at **09:00 AM,** and shall be held **telephonically** due to concerns about COVID-19/coronavirus. Debtors, creditors, and other interested parties should call the following conference line on the **designated date and time:**

**Dial In: [ 1-877-706-1331 ]**

**Participant Passcode # [ 6591818 ]**   **followed by # sign**

Dated: October 13, 2021   By:  Thomas R. Tibble
   Thomas R. Tibble, Trustee
   2813 W. Main Street
   Kalamazoo, MI 49006
   Phone: (877) 237-8167